MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

WILLIAM FRENTZEN (LABN 24421)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6753
    William.frentzen@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 13-199 YGR |
|---|---|---|
|  | ) |  |
|  | ) | [PROPOSED] |
|  | ) | **ORDER OF DETENTION** |
| v. | ) | **PENDING TRIAL** |
|  | ) |  |
| DELANDRO BROWN | ) |  |
|  | ) |  |
| Defendant. | ) |  |

      This matter came before the Court on January 8, 2014, for a detention hearing. Defendant Brown was present and represented by Erik Levin, Esq. Assistant United States Attorney William Frentzen appeared for the government.

      Pretrial Services submitted a report to the Court and the parties that recommended detention, and a representative of Pretrial Services was present at the hearing. The government

[PROPOSED] DETENTION ORDER
CR 13-199 YGR

moved for detention, and defendant opposed. Proffers and arguments regarding detention were submitted by the parties at the hearing.

Upon consideration of the facts, proffers and arguments presented, the Court finds by a preponderance of the evidence that no condition or combination of conditions of release will reasonably assure the appearance of the defendant as required. Accordingly, the Court concludes that defendant must be detained pending trial in this matter.

The present order supplements the Court's findings at the detention hearing and serves as written findings of fact and a statement of reasons as required by 18 U.S.C. § 3142(i)(1).

With respect to all of the subsequent findings, this case involves a presumption in favor of detention pursuant to 18 U.S.C. § 3142(e) because the defendant has been charged by Grand Jury indictment with violating 21 U.S.C. § 846, 841(a)(1) and (b)(1)(B). While the ultimate burden of persuasion rests upon the government, given the presumption, it is the finding of the Court that defendant did not make proffer of facts or information sufficient to rebut the presumption.

The Court makes the following findings as basis for its conclusion that no condition or combination of conditions of release will reasonably assure the appearance of defendant. First, defendant is facing an extremely lengthy possible sentence which would include a mandatory minimum 5 years imprisonment. Second, defendant lacks stable employment and lacks a stable location to reside. Third, although defendant Brown has no criminal convictions, he does have arrests and appears to have issues complying with court orders regarding child support and has three prior failures to appear on DMV violations. Fourth, defendant Brown has a history of travel outside of the district to a variety of different locations and his father indicates that the parents can't keep track of him. Fifth, defendant Brown has not presented any suitable sureties at this point. For these reasons, the Court deems defendant Brown to present a risk of flight that cannot be mitigated adequately by conditions of release at this time, absent presentation of adequate sureties.

[~~PROPOSED~~] DETENTION ORDER
CR 0~~7-00336 WHA (BZ)~~ 13-199-YGR     2

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. Defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant be afforded reasonable opportunity for private consultation with his counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendants are confined shall deliver defendant to an authorized deputy United States marshal for the purpose of any appearance in connection with a court proceeding.

SO ORDERED.

Dated: January __22__, 2014

_____
HONORABLE DONNA M. RYU
United States Magistrate Judge

[PROPOSED] DETENTION ORDER
CR 07-00336 WHA (BZ) 13-199-YGR            3