1  ERIK B. LEVIN
   LAW OFFICE OF ERIK LEVIN
2  2001 Stuart Street
3  Berkeley, California 94703
   Telephone (510) 978-4778
4  Facsimile (510) 978-4422

5  Counsel for Delandro J. Brown

6

7
                    IN THE UNITED STATES DISTRICT COURT
8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9
                                      )  NO. CR 13-199 YGR
10  UNITED STATES OF AMERICA,          )
                                       )  STIPULATION AND [PROPOSED]
11            Plaintiff,               )  ORDER CONTINUING CHANGE OF
                                       )  PLEA HEARING AND EXCLUDING
12            v.                       )  TIME UNDER THE SPEEDY TRIAL
    TADASHI T. BROWN and DELANDRO)     ACT
13  J. BROWN,                          )
                                       )
14            Defendants.              )

15      Defendant, DELANDRO J. BROWN, represented by Erik B. Levin, Esq., and the

16  government, represented by William Frentzen, Assistant United States Attorney, hereby

17  stipulate that, subject to the Court's approval, the change of plea in the above-caption

18  matter, presently scheduled for Friday June 13, 2014, at 9:00 a.m., be continued until

19  June 24, 2014 at 9:00 a.m. The parties hereby agree and stipulate to exclude time under

20
    the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B).
21
        Counsel require additional time to finalize the plea agreement and to have both
22
    defendants plead at the same hearing.  The continuance is necessary for effective
23
    assistance and continuity of counsel.
24

25
    ///
26

                                        1

1    DATED: 6/12/14

2                           s/ Erik B. Levin
                          ERIK B. LEVIN, ESQ.

3                           Attorney for Delandro Brown

4    SO STIPULATED.

5    DATED: 6/12/14

6                           MELINDA HAAG
                          United States Attorney

7

8                           s/ William Frentzen
                          WILLIAM FRENTZEN, ESQ.

9                           Assistant United States Attorney

10

11    PURSUANT TO STIPULATION, IT IS SO ORDERED.

12    DATED: 6/12/14

13

14

15                           JUDGE KANDIS WESTMORE
                          United States Magistrate

16

17

18

19

20

21

22

23

24

25

26

2