1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7   **UNITED STATES OF AMERICA**,                 Case No.  13-cr-00199-YGR-2

            Plaintiff,

8

        v.

9                                            **ORDER DENYING MOTION FOR A JUDICIAL**
                                             **RECOMMENDATION**

10  **DELANDRO BROWN**,
                                             Re: Dkt. No. 68
            Defendant.

11

12

13          On January 20, 2016, the Court received a motion from *pro se* defendant Delandro Brown

14  requesting a judicial recommendation to the Bureau of Prisons concerning the length of his

15  halfway house placement.  (Dkt. No. 68.)  The Court ordered the government to file a response

16  thereto.  (Dkt. No. 69.)  The government filed its response on February 24, 2016.  (Dkt. No. 71.)[1]

17  Having carefully considered the papers submitted, the motion is **DENIED**.

18          The government raised seven compelling challenges to the motion.  As a threshold matter,

19  the Court notes that defendant has not demonstrated exhaustion of his available administrative

20  remedies under the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a).  The Court also notes that

21  the Bureau of Prisons need not follow the Court's sentencing recommendations relating to place of

22  imprisonment.  *See* 18 U.S.C. § 3621 ("Any order, recommendation, or request by a sentencing

23  court that a convicted person serve a term of imprisonment in a community corrections facility

24  shall have no binding effect on the authority of the Bureau under this section to determine or

25  change the place of imprisonment of that person").  Finally, under the circumstances presented,

26  the Court lacks authority to modify defendant's sentencing recommendation.  *See* Fed. R. Crim. P.

27  ───────────────

28          [1] In light of this filing, the Compliance Hearing set for March 2, 2016 is **VACATED**.

United States District Court
Northern District of California

United States District Court
Northern District of California

1    35(a) ("Within 14 days after sentencing, the court may correct a sentence that resulted from

2    arithmetical, technical, or other clear error.").

3         This Order terminates Docket Number 68.

4         **IT IS SO ORDERED.**

5    Dated: February 25, 2016

6    _____
     **YVONNE GONZALEZ ROGERS**
7    **UNITED STATES DISTRICT COURT JUDGE**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2